In re Hill, Isiah; — Plaintiffs); applying for writ of certiorari and/or review, supervisory and/or remedial writs; Parish of Jefferson, 24th Judicial District Court, Div. “S”, No. 95-776; to the Court of Appeal, Fifth Circuit, No. 96-KW-0206.
Writ granted. Because the terms of the statute under which relator was sentenced do not include a prohibition on parole, see R.S. 40:967(0(2), the district court is directed to resentence relator to a term which does not include such a prohibition. Relator’s parole eligibility “is to be determined by the Department of Corrections pursuant to R.S. 15:574.4” St. Amant v. 19th J.D.C., 94-0567 (La. 9/3/96), 678 So.2d 536; State v. Bell, 543 So.2d 965, 970 (La.App. 4th Cir.1989); see also State v. Langlois, 620 So.2d 1193, 1195 (La.App. 4th Cir.1993); cf. State ex rel. Simmons v. Stalder, 93-1852 (La. 1/26/96) 666 So.2d 661; Jackson v. Phelps, 506 So.2d 515, 517-18 (La.App. 1st Cir.1987), writ denied, 508 So.2d 829 (La.1987).
KIMBALL, J., not on panel.